# United States Court of Appeals
## For the First Circuit

No. 04-1324

UNITED STATES OF AMERICA,

Appellee,

v.

GARY SAHLIN,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on February 22, 2005, is amended as follows:

On page 11, line 22, replace "Fed. R. Civ. P. 11(c)(1)" with "Fed. R. Crim. P. 11(c)(1)".